**Order filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-00773-CV

———————————

**KENNETH L. HILL, Appellant**

**V.**

**BRUCE W. SMITH, ET. AL., Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 44666**

---

### ORDER

According to information provided to this court, appellant is attempting to appeal a judgment signed August 15, 2011. Our records do not show a judgment signed by the trial court on that date.

The clerk's record has not been filed in this appeal. In response to notices from this court, appellant informed this court that he filed an affidavit of indigence. We have not been advised whether a contest to the affidavit was filed, and if so, the ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Brazoria County District Clerk to file a partial clerk's record with the clerk of this court on or before **November 21, 2011.** In order that this court may ascertain

its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal.  In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.


PER CURIAM